IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FITLIFE BRANDS, INC.**, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>**MET-RX SUBSTRATE TECHNOLOGY, INC.**, a California corporation,<br><br>Defendant, | Case No. 8:15-cv-00388-JFB-TDT<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the parties' stipulation for dismissal with prejudice, Filing No. 27. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED that this action, is hereby dismissed with prejudice, each party to pay its own court costs, litigation expenses and attorneys' fees.

Dated this 1st day of September, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge